Sandles, v. Sentinel Publishing Co. et al; error to Putnam Appeals. Judgment affirmed. Marshall, CJ., Jones, Day and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 4-24-25; 3 Abs. 297.

19103—Columbus Railway, Power & Light Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 4-24-25; 3 Abs. 297.

19128—State, ex rel Industrial Commission of Ohio et al., v. Board of County Commissioners of Fairfield County, Ohio, et al. In Mandamus. Judgment for relator by default. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 5-11-25; 3 Abs. 329.

19197—George R. Hauser, Com'r., v. State, ex rel. Arthur Erdman; error to Hamilton Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Dock. 6-12-25; 3 Abs. 386; OA. 3 Abs. 511; OS. 4 Abs. 9.

19250—State, ex rel. E. J. Darby, v. Walter Hadaway et al; error to Lorain Appeals. Judgment affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-10-25; 3 Abs. 451; OS. Pend. 3 Abs. 530; 4 Abs. 9.

19263—Cincinnati Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-13-25; 3 Abs. 451.

19288—Cincinnati Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-24-25; 3 Abs. 466.

19291—Bernard H. Drees v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-29-25; 3 Abs. 482; OS. 4 Abs. 9.

19293—Bernard H. Drees v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 7-29-25; 3 Abs. 482.

19304—Edwin G. Becker, Receiver of the Cincinnati Motor Bus Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-1-25; 3 Abs. 499.

19313—Cincinnati Traction Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-8-25; 3 Abs. 499.

19321—Bernette Z. Espel v. Cincinnati Walnut Theatre Amusement Co.; error to Hamilton Appeals. Petition in error dismissed, no constitutional question involved. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-13-25; 3 Abs. 514; OS. Pend. 3 Abs. 583.

19326—W. O. Small v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Marshall, CJ., Jones, Matthias, Day, Allen and Kinkade, JJ., concur. Robinson, J., not participating. Dock. 8-14-25; 3 Abs. 530; OA. 3 Abs. 410.

19328—Cannon Ball Transportation Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Day, Allen and Kinkade, JJ., concur. Dock. 8-15-25; 3 Abs. 530; OS. 3 Abs. 755.

19333—Henry H. Staley, doing business as the Kennedy Heights & Montgomery Transit Co., v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-24-25; 3 Abs. 546; OS. Pend. 3 Abs. 708.

19334—Henry H. Staley, doing business as, etc., v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-24-25; 3 Abs. 546; OS. Pend. 3 Abs. 708.

19384—State, ex rel. Retirement Board of the State Teachers Retirement System, v. Board of Education of the Henrietta Rural School Dist., Lorain County, Ohio, and Mead Petty, Clerk thereof. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 10-20-25; 3 Abs. 658.

19401—State, ex rel, Christopher Harrison, v. Myles E. Perry, as Coroner of Lorain County, Ohio. In Prohibition. Demurrer to petition sustained and writ denied. Marshall, CJ., Jones, Matthias, Day, Allen and Robinson, JJ., concur. Kinkade, J., not participating. Dock. 11-2-25; 3 Abs. 690.

19418—State, ex rel. Retirement Board of the State Teachers Retirement System, v. Board of Education of Bloomfield Rural School Dist., Logan County, Ohio, and G. A. Hope, Clerk thereof. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 11-13-25; 3 Abs. 722.

19419—State, ex rel. Retirement Board of the State Teachers Retirement System, v. Board of Education of Melrose Rural School District, Paulding County, Ohio, and C. E. Potts, Clerk thereof. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 11-13-25; 3 Abs. 722.

19420—State, ex rel. Retirement Board of the State Teachers Retirement System, v. Board of Education of Dover Rural School Dist., Fulton County, Ohio, and J. H. Bailey, Clerk thereof. In Mandamus. Plaintiff's claim satisfied; judgment against defendants for costs. Dock. 11-14-25; 3 Abs. 722.

## MOTION DOCKET

19300—Benno Borzykowski v. Industrial Fibre Corporation of America. Motion for Cuyahoga Appeals to certify. Overruled. Dock. 7-29-25; 3 Abs. 482; OA. 3 Abs. 749.

19311—Harry D. Schaffer v. Ethel Schaffer. Motion for Montgomery Appeals to certify. Allowed. Dock. 8-7-25; 3 Abs. 499; OS. Pend. 3 Abs. 626.

19314—Philip Morton v. Elizabeth Davazac. Motion for Hamilton Appeals to certify. Overruled. Dock. 8-8-25; 3 Abs. 499; OS. Pend. 3 Abs. 549; OA. 3 Abs. 637.

19324—Rose Rosenstihl et al. v. Frank D. Cherry. Motion for Hancock Appeals to certify. Dock. 8-14-25; 3 Abs. 530. OS. Pend. 3 Abs. 581.